## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JEROME DAVIS,** | ) | **CASE NO. 4:06CV3169** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| **v.** | ) | **AND ORDER** |
| | ) | |
| **LANCASTER COUNTY NEBRASKA,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on Filing No. 51, the Notice of Appeal filed by the plaintiff, Jerome Davis, a prisoner who appeals Filing Nos. 49 and 50, the Memorandum and Order and accompanying Judgment, in which the court dismissed Mr. Davis's complaint.  In Filing No. 51, the plaintiff asks that he be allowed to proceed In Forma Pauperis ("IFP") on appeal.

The Motion for Leave to Proceed IFP on appeal is denied.  The plaintiff is a prisoner subject to the "three-strikes" provision of the Prison Litigation Reform Act ("PLRA"). Therefore, he now becomes liable for the full appellate filing fees.  28 U.S.C. § 1915(g) states:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

As the "three strikes" provision applies to the plaintiff, and as this case does not meet any exception, the plaintiff shall have until May 4, 2007, to pay the full $455 appellate filing fees to the Clerk of the District Court.   The Clerk of Court shall serve notice of this decision on

the parties and the Eighth Circuit Court of Appeals and shall process this appeal to the Eighth Circuit.

SO ORDERED.

DATED this 16th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge